IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

M. SCOTT LEONARD,

                                                                 ORDER

                    Plaintiff,

                                                              11-cv-763-bbc

    v.

MADISON HOSPITALITY
PARTNERS, LLC., d/b/a
RADISSON,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held on December 18, 2012, to discuss the status of the settlement in this case. Plaintiff appeared by Thomas Soule. Defendant appeared by Christopher Dodge. At the hearing, counsel confirmed that checks have been issued to all class members and the remaining funds have been distributed to Legal Action of Wisconsin. Counsel advised the court that this case can be closed with the understanding that any proceeds from any uncashed checks from class members will be forwarded by plaintiff's counsel to Legal Action of Wisconsin.

1

ORDER

IT IS ORDERED that this case is dismissed. Any party may move to reopen for good cause shown.

Entered this 18th day of December, 2012.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge